1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  WILLIAM F. TARANTINO (CA SBN 215343)
   WTarantino@mofo.com
3  LISA A. WONGCHENKO (CA SBN 281782)
   LWongchenko@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   LUMBER LIQUIDATORS, INC.
8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  DANA GOLD, on behalf of herself and all others similarly situated, | Case No.   CV14-05373-TEH |
| 15                      Plaintiff, | **CLASS ACTION** |
| 16         v. | **STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| 17  LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES 1 through 200, inclusive, | |
| 18 | Judge: The Honorable Thelton E. Henderson |
| 19                      Defendant. | |

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. CV14-05373-TEH
sf-3514152

1  Plaintiffs Dana Gold, Tammy Emery, Edwin Mendez, and Christopher Massaro
2 ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant LUMBER
3 LIQUIDATORS, INC. ("Defendant"), through their undersigned counsel, hereby stipulate as
4 follows pursuant to L.R. 6-1(a):
5  WHEREAS, on December 8, 2014, Plaintiff Dana Gold ("Gold") filed a Class Action
6 Complaint;
7  WHEREAS, on January 2, 2015, Gold and Defendant stipulated that Defendant's deadline
8 to respond to the complaint would be February 2, 2015;
9  WHEREAS, on January 29, 2015, Gold and Defendant further stipulated that Defendant's
10 deadline to respond to the complaint would be March 16, 2015;
11  WHEREAS, on February 13, 2015, Plaintiffs filed the First Amended Complaint
12 ("FAC");
13  WHEREAS, the parties are exploring whether this case can be resolved and jointly
14 believe that, in the interest of the Court's and parties' efficiency, Defendant's deadline to respond
15 to the complaint should be extended;
16  WHEREAS, the parties jointly agree that Defendant's deadline to respond shall be
17 extended to April 15, 2015;
18  THE PARTIES HEREBY STIPULATE that: Defendant shall have until April 15, 2015 to
19 respond to Plaintiffs' First Amended Complaint.
20
21
22
23
24
25
26
27
28

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT  1
CASE NO. CV14-05373-TEH
sf-3514152

| | | |
|---|---|---|
| 1 | Dated: March 9, 2015 | WILLIAM L. STERN<br>WILLIAM F. TARANTINO<br>LISA A. WONGCHENKO<br>MORRISON & FOERSTER LLP |

By: */s/ William L. Stern*
     WILLIAM L. STERN

Attorneys for Defendant LUMBER LIQUIDATORS, INC.

Dated: March 9, 2015

MICHAEL F. RAM
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP

By: */s/ Michael F. Ram*
     MICHAEL F. RAM

Attorneys for Plaintiffs DANA GOLD, TAMMY EMERY, EDWIN MENDEZ, and CHRISTOPHER MASSARO

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**. In compliance with Local Rule 5-1, I hereby attest that Michael F. Ram has concurred in this filing.

Dated: March 9, 2015 By: /s/ *William L. Stern*
WILLIAM L. STERN