1  Jeffrey B. Cereghino, SBN 099480
   Email: jbc@rocklawcal.com
2  Michael F. Ram, SBN 104805
   Email:  mram@rocklawcal.com
3  Susan Brown, SBN 287986
   Email: sbrown@rocklawcal.com
4  Matt Malone, SBN 221545
   Email: mjm@rocklawcal.com
5  RAM, OLSON, CEREGHINO
     & KOPCZYNSKI LLP
6  555 Montgomery Street, Suite 820
   San Francisco, California  94111
7  Telephone:  (415) 433-4949
   Facsimile:  (415) 433-7311
8
   Beth E. Terrell, CSB 178181
9  Email: bterrell@tmdwlaw.com
   Mary B. Reiten, CSB 203142
10 Email:  mreiten@tmdwlaw.com
   TERRELL MARSHALL DAUDT
11   & WILLIE PLLC
   936 North 34th Street, Suite 300
12 Seattle, Washington  98103-8869
   Telephone:  (206) 816-6603
13 Facsimile:  (206) 350-3528
   *Additional Counsel Listed on Signature Page*
14

15              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

17  DANA GOLD, TAMMY EMERY, EDWIN          Case No. 3:14-cv-05373-TEH
    MENDEZ and CHRISTOPHER MASSARO
18  on behalf of themselves and all others
    similarly situated,                    CLASS ACTION
19
20              Plaintiffs,                STIPULATION AND ~~PROPOSED~~
                                           ORDER EXTENDING TIME TO
21       v.                                FILE BRIEFS RE: DEFENDANT'S
                                           MOTION TO DISMISS AND
22  LUMBER LIQUIDATORS, INC., a Delaware   MOTION TO STRIKE PORTIONS
    corporation; and DOES1 through 200, inclusive,   OF FIRST AMENDED COMPLAINT
23
24              Defendant.
25
26
27

CASE NO. 14-cv-05373 – STIPULATION AND PROPOSED ORDER EXTENDING          1
TIME TO FILE BRIEFS RE: DEFENDANT'S MOTION TO DISMISS AND MOTION
TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT

The parties hereby **STIPULATE** as follows:

1. Plaintiffs' opposition to Defendant's motions to dismiss and to strike portions of Plaintiffs' complaint shall be due on September 11, 2015.

2. Defendant's reply briefs shall be due on September 25, 2015.

3. The hearing on these motions, currently set for September 14, 2015, shall be reset to a date convenient to the Court.

In addition, the parties recognize that this stipulation is filed four days prior to the first existing deadline, which does not comply with Paragraph 3 this Court's Standing Order requiring such motions five days prior. The parties apologize for any inconvenience to the Court. The parties respectfully request that the Court enter this order despite it being submitted late, on the basis that: 1) the stipulation is only one day late and is not being filed on the due date of the opposition brief; 2) the tardiness arises from the fact that the stipulation was finalized only this last weekend; and 3) the stipulation obviates the need for any party to file a motion for administrative relief under Paragraph 3 of this Court's Standing Order.

Dated: August 10, 2015

By: */s/ Jeffrey B. Cereghino*
Jeffrey B. Cereghino, SBN 099480
Michael F. Ram, SBN 104805
Susan Brown, SBN 287986
RAM, OLSON, CEREGHINO
& KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Email: jbc@rocklawcal.com
Email: mram@rocklawcal.com

Charles J. LaDuca (PHV)
Brendan S. Thompson (PHV)
Cuneo Gilbert & LaDuca, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20816
Telephone: (202) 789-3960
charlesl@cuneolaw.com

CASE NO. 14-cv-05373 – STIPULATION AND PROPOSED ORDER EXTENDING
TIME TO FILE BRIEFS RE: DEFENDANT'S MOTION TO DISMISS AND MOTION
TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT

2

brendant@cuneolaw.com

Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
Mary B. Reiten, CSB #203142
Email:  mreiten@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE
PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

Jordan L. Chaikin
Parker Waichman LLP
27300 Riverview Center Boulevard, Suite 103
Bonita Springs, Florida 34134
Telephone:     (239) 390-1000

Michael McShane
Audet & Partners, LLP
221 Main Street, Suite  1460
San Francisco, CA  94105
Telephone:     (415) 568-2555

Erica C. Mirabella
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone:     (617) 580-8270
Email: erica@mirabellallc.com

Robert Shelquist
Lockridge Grindal & Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone:     (612) 339-6900
Email: rkshelquist@locklaw.com

*Counsel for Plaintiffs*

Dated: August 10, 2015              */s/ William L. Stern*
                                    WILLIAM L. STERN (CA SBN 96105)

CASE NO. 14-cv-05373 – STIPULATION AND PROPOSED ORDER EXTENDING      3
TIME TO FILE BRIEFS RE: DEFENDANT'S MOTION TO DISMISS AND MOTION
TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT

WILLIAM F. TARANTINO (CA SBN 215343)
LISA A. WONGCHENKO (CA SBN 281782)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: WStern@mofo.com

*Counsel for Defendant*
Lumber Liquidators, Inc.

CASE NO. 14-cv-05373 – STIPULATION AND PROPOSED ORDER EXTENDING
TIME TO FILE BRIEFS RE: DEFENDANT'S MOTION TO DISMISS AND MOTION
TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT

4

1
                            **ORDER**

2
Good cause appearing, the Court **ORDERS** as follows:

3
    1.  Plaintiffs' opposition briefs shall be due on September 11, 2015.

4
    2.  Defendant's reply briefs shall be due on September 25, 2015.

5
    3.  The motions shall be heard on _____October 19, 2015_____ at 10:00 AM.

6
**SO ORDERED.**

7

8
Dated this __12th__ day of __August_____, 2015.

9

10

11
By _____

12

13
Judge Thelton E. Henderson

14

15

16

17

18

19

20

21

22

23

24

25

26

27

---

CASE NO. 14-cv-05373 – STIPULATION AND PROPOSED ORDER EXTENDING
TIME TO FILE BRIEFS RE: DEFENDANT'S MOTION TO DISMISS AND MOTION
TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT
    5