Jeffrey B. Cereghino, SBN 099480
Email: jbc@rocklawcal.com
Michael F. Ram, SBN 104805
Email:  mram@rocklawcal.com
Susan Brown, SBN 287986
Email: sbrown@rocklawcal.com
Matt Malone, SBN 221545
Email: mjm@rocklawcal.com
RAM, OLSON, CEREGHINO
   & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

Charles J. LaDuca (PHV)
Brendan S. Thompson (PHV)
Cuneo Gilbert & LaDuca, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20816
Telephone: (202) 789-3960
charlesl@cuneolaw.com
brendant@cuneolaw.com

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, EDWIN MENDEZ and CHRISTOPHER MASSARO on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES1 through 200, inclusive,<br><br>Defendant. | Case No. 3:14-cv-05373-TEH<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER FOR APPOINTMENT OF PLAINTIFFS' LEADERSHIP STRUCTURE** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**

**Please take notice** that Plaintiffs represented by Ram, Olson, Cereghino & Kopczynski, LLP, Cuneo Gilbert & LaDuca, LLP, Terrell, Marshall Law Group, PLLC, Parker Waichman LLP, Audet & Partners, LLP, Mirabella Law, LLC, and Lockridge Grindal & Nauen on one hand, and the Defendant Lumber Liquidators Inc., represented by Morrison and Forester LLP on the other hand, hereby **STIPULATE** as follows:

That Plaintiffs' Motion for Appointment of Plaintiffs' Leadership Structure be granted and the attached order by approved.

And furthermore that Ram, Olson, Cereghino & Kopczynski, LLP and Cuneo Gilbert & LaDuca, LLP be appointed as Co-Lead Interim Class Counsel and that the Court appoint the following firms to an Executive Committee, who along with Co-Lead Interim Counsel, will be charged with the overall oversight and prosecution of this matter: Terrell, Marshall Law Group, PLLC, Parker Waichman LLP, Audet & Partners, LLP, Mirabella Law, LLC, and Lockridge Grindal & Nauen.

Dated: November 6, 2015

By: */s/ Jeffrey B. Cereghino*
Jeffrey B. Cereghino, SBN 099480
Michael F. Ram, SBN 104805
Susan Brown, SBN 287986
RAM, OLSON, CEREGHINO
& KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Email: jbc@rocklawcal.com
Email: mram@rocklawcal.com

Beth E. Terrell, CSB 178181
Email: bterrell@tmdwlaw.com
Mary B. Reiten, CSB 203142
Email: mreiten@tmdwlaw.com
TERRELL MARSHALL DAUDT
 & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869

CASE NO. 14-cv-05373 – STIPULATION AND [PROPOSED] ORDER FOR APPOINTMENT OF PLAINTIFFS' LEADERSHIP STRUCTURE

2

Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

Charles J. LaDuca (PHV)
Brendan S. Thompson (PHV)
Cuneo Gilbert & LaDuca, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20816
Telephone: (202) 789-3960
charlesl@cuneolaw.com
brendant@cuneolaw.com

Jordan L. Chaikin
Parker Waichman LLP
27300 Riverview Center Boulevard, Suite 103
Bonita Springs, Florida 34134
Telephone:     (239) 390-1000

Michael McShane
Audet & Partners, LLP
221 Main Street, Suite  1460
San Francisco, CA  94105
Telephone:     (415) 568-2555

Erica C. Mirabella
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone:     (617) 580-8270
Email: erica@mirabellallc.com

Robert Shelquist
Lockridge Grindal & Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone:     (612) 339-6900
Email: rkshelquist@locklaw.com

*Counsel for Plaintiffs*

Dated: November 6, 2015        */s/ William L. Stern*
         WILLIAM L. STERN (CA SBN 96105)
         WILLIAM F. TARANTINO (CA SBN 215343)
         LAUREN A. WROBLEWSKI (CA SBN 291019)

CASE NO. 14-cv-05373 – STIPULATION AND [PROPOSED] ORDER FOR APPOINTMENT OF PLAINTIFFS' LEADERSHIP STRUCTURE    3

|   |   |
|---|---|
| 1 | |
| 2 | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
|   | San Francisco, California  94105-2482 |
| 4 | Telephone: 415.268.7000 |
|   | Facsimile: 415.268.7522 |
| 5 | Email: WStern@mofo.com |

1
2
3   MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, California  94105-2482
    Telephone: 415.268.7000
    Facsimile: 415.268.7522
    Email: WStern@mofo.com

*Counsel for Defendant*
Lumber Liquidators, Inc.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CASE NO. 14-cv-05373 – STIPULATION AND [PROPOSED] ORDER FOR APPOINTMENT OF PLAINTIFFS' LEADERSHIP STRUCTURE

# ORDER

Good cause appearing, the Court **ORDERS** as follows:

1. Michael Ram and Jeffrey Cereghino of Ram, Olson, Cereghino & Kopczynski, LLP and Charles LaDuca and Brendan Thompson of Cuneo Gilbert & LaDuca, LLP are appointed as Co-Lead Interim Class Counsel.

**2.** The following firms and counsel are appointed to an Executive Committee, who along with Co-Lead Interim Counsel, will be charged with the overall oversight and prosecution of this matter: Beth Terrell, Terrell, Marshall Law Group, PLLC, Jordan Chaikin, Parker Waichman LLP,  Michael Mcshane Audet & Partners, LLP, Erica Mirabella, Mirabella Law, LLC, and Robert Shelquist, Lockridge Grindal & Nauen.

**SO ORDERED.**

Dated this __9th__ day of __November__, 2015.

By: _____
Hon. Thelton E. Henderson
United States District Judge