1 | WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
2 | KEVIN COLES (CA SBN 271518)
KColes@mofo.com
3 | LAUREN WROBLEWSKI (CA SBN 291019)
LWroblewski@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California 94105-2482
6 | Telephone: 415.268.7000
Facsimile: 415.268.7522

KIMBERLY R. GOSLING (CA SBN 247803)
8 | KGosling@mofo.com
MORRISON & FOERSTER LLP
9 | 12531 High Bluff Drive
San Diego, California 92130
10 | Telephone: 858.720.5100
Facsimile: 858.720.5125

12 | Attorneys for Defendant
LUMBER LIQUIDATORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, EDWIN MENDEZ, CHRISTOPHER MASSARO, RUSSELL DORNON, LAURA NORRIS, JOHN FOSTER, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES 1 through 200, inclusive,<br><br>Defendant. | Case No.   CV14-05373-TEH<br><br>**CLASS ACTION**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Judge:  The Honorable Thelton E. Henderson |

Plaintiffs Dana Gold, Tammy Emery, Edwin Mendez, Christopher Massaro, Russell Dornan, Laura Norris, John Foster, Donald Fursman, and John Triana ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant LUMBER LIQUIDATORS, INC. ("Defendant"), through their undersigned counsel, hereby stipulate as follows pursuant to L.R. 6-1(a):

WHEREAS, on December 16, 2015, Plaintiffs filed the Second Amended Complaint;

WHEREAS, the period during which Defendant has to respond to the SAC covers two significant holidays;

WHEREAS, the parties are also discussing next steps in the litigation, such as a discovery schedule, and jointly believe that, in the interest of the Court's and parties' efficiency, Defendant's deadline to respond to the SAC should be extended;

WHEREAS, the parties jointly agree that Defendant's deadline to respond shall be extended to January 25, 2016;

THE PARTIES HEREBY STIPULATE that:

1. Defendant shall have until January 25, 2016, to respond to Plaintiffs' Second Amended Complaint.

2. Plaintiffs intend to file either an Amendment to the Second Amended Complaint, or a Third Amended Complaint, on or before January 22, 2016, which shall dismiss the pending claims of Russel Dornan and John Foster (the Ohio class representatives), and remove language the Court has decided constitutes " puffery" pursuant to the Court's Order Granting in Part and Denying in Part Defendant's Motion to Dismiss; Denying Defendant's Motion to Strike; Denying Defendant's Request for Judicial Notice, filed November 30, 2015.

3. Defendant agrees to not oppose the filing of either an Third Amended Complaint or Amendment to the Second Amended Complaint.

4. Defendant agrees that in exchange for the actions set forth in paragraph 2 above, Defendant will answer either the Second Amended Complaint as amended, or the Third Amended

1 | Complaint. The deadline for Defendant's answer to such an amended pleading will be either

2 | January 25, 2016, or 14 days after the amended pleading, whichever is later.

Dated: December 31, 2015                MORRISON & FOERSTER LLP

By:  /s/ *Kimberly R. Gosling*
     KIMBERLY R. GOSLING

Attorneys for Defendant LUMBER LIQUIDATORS, INC.

Dated: December 31, 2015                RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP

By:  /s/ *Jeffrey B. Cereghino*
     JEFFREY B. CEREGHINO

Attorneys for Plaintiffs DANA GOLD, TAMMY EMERY, EDWIN MENDEZ, and CHRISTOPHER MASSARO

## ORDER

Pursuant to the foregoing stipulation, **IT IS SO ORDERED**.

Dated:  1/06/2016

The Honorable Thelton E. Henderson

**ECF ATTESTATION**

I, Kimberly R. Gosling, am the ECF User whose ID and password are being used to file the following: **STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**. In compliance with Local Rule 5-1, I hereby attest that Jeffrey B. Cereghino has concurred in this filing.

Dated: December 31, 2015            By:   /s/ *Kimberly R. Gosling*
                                                    KIMBERLY R. GOSLING