| | |
|---|---|
| 1  | Jeffrey B. Cereghino, SBN #099480 |
|    | Email: jbc@rocklawcal.com |
| 2  | Michael F. Ram, SBN #104805 |
|    | Email: mram@rocklawcal.com |
| 3  | Susan Brown, SBN #287986 |
|    | Email: sbrown@rocklawcal.com |
| 4  | Matt Malone, SBN #221545 |
|    | Email: mjm@rocklawcal.com |
| 5  | RAM, OLSON, CEREGHINO |
| 6  |   & KOPCZYNSKI LLP |
|    | 101 Montgomery Street, Suite 1800 |
| 7  | San Francisco, California  94104 |
|    | Telephone: (415) 433-4949 |
| 8  | |
| 9  | Charles J. LaDuca, *Admitted Pro Hac Vice* |
|    | Email:  charles@cuneolaw.com |
| 10 | Brendan Thompson, *Admitted Pro Hac Vice* |
|    | Email:  brendant@cuneolaw.com |
| 11 | CUNEO GILBERT & LaDUCA, LLP |
|    | 8120 Woodmont Avenue, Suite 810 |
| 12 | Bethesda, Maryland  20814 |
| 13 | Telephone:  (202) 789-3960 |
| 14 | *Attorneys for Plaintiffs and Proposed Class* |
|    | [Additional Counsel Appear on Signature Page] |
| 15 | |

**IT IS SO ORDERED**

Judge Thelton E. Henderson

9/27/2016

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | DANA GOLD, TAMMY EMERY, EDWIN MENDEZ, CHRISTOPHER MASSARO, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated, | No. 3:14-cv-05373-TEH |
| 19 | | |
| 20 | | **STIPULATION OF DISMISSAL RE: PLAINTIFF CHRISTOPHER MASSARO** |
| 21 | Plaintiffs, | |
| 22 | | |
| 23 | v. | |
| 24 | LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES 1 through 200, inclusive, | |
| 25 | Defendants. | |

CASE NO. 14-cv-05373 – STIPULATION OF DISMISSAL RE: PLAINTIFF CHRISTOPHER MASSARO

1

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff and Defendant, by and through their attorneys of record, hereby stipulate to dismissal of Plaintiff Massaro's individual claims against Defendant without prejudice. The claims of the remaining putative class representatives here will continue to be prosecuted.

STIPULATED TO, AND DATED AND RESPECTFULLY SUBMITTED this 26th day of September, 2016.

Dated: September 26, 2016              By: /s/ Jeffrey Cereghino
                                       Jeffrey B. Cereghino, SBN 099480
                                       Michael F. Ram, SBN 104805
                                       Susan Brown, SBN 287986
                                       RAM, OLSON, CEREGHINO
                                       & KOPCZYNSKI LLP
                                       101 Montgomery Street, Suite 1800
                                       San Francisco, California 94104
                                       Telephone: (415) 433-4949
                                       Email: jbc@rocklawcal.com
                                       Email: mram@rocklawcal.com

                                       Charles J. LaDuca, Admitted Pro Hac Vice
                                       Email: charles@cuneolaw.com
                                       Brendan Thompson, Admitted Pro Hac Vice
                                       Email: brendant@cuneolaw.com
                                       CUNEO GILBERT & LaDUCA, LLP
                                       8120 Woodmont Avenue, Suite 810
                                       Bethesda, Maryland 20814
                                       Telephone: (202) 789-3960
                                       Facsimile: (202) 789-1813

                                       Beth E. Terrell, SBN #178181
                                       Email: bterrell@terrellmarshall.com
                                       Mary B. Reiten, SBN #203142
                                       Email: mreiten@terrellmarshall.com
                                       TERRELL MARSHALL LAW GROUP PLLC
                                       936 North 34th Street, Suite 300
                                       Seattle, Washington 98103-8869
                                       Telephone: (206) 816-6603
                                       Facsimile: (206) 319-5450

| | |
|---|---|
| 1 | Daniel Calvert |
|  | PARKER WAICHMAN LLP |
| 2 | 27300 Riverview Center Blvd., Suite 103 |
|  | Bonita Springs, Florida 34134 |
| 3 | Telephone:  (239) 390-1000 |
|  | Facsimile:  (239) 390-0055 |
| 4 | |
|  | Jordan Chaiken |
| 5 | Chaikin Law Firm PLLC |
|  | 12800 University Drive, Suite 600 |
| 6 | Fort Myers, Florida 33907 |
|  | Tel: 239.470.8338 |
| 7 | |
| 8 | Michael McShane |
|  | Email:  mmcshane@audetlaw.com |
| 9 | Jonas P. Mann |
|  | Email:  jmann@audetlaw.com |
| 10 | AUDET & PARTNERS, LLP |
|  | 221 Main Street, Suite 1460 |
| 11 | San Francisco, California 94105 |
|  | Telephone: (415) 568-2555 |
| 12 | Facsimile: (415) 568-2556 |
| 13 | |
| 14 | Robert K. Shelquist, Admitted Pro Hac Vice |
|  | Email:  rkshelquist@locklaw.com |
| 15 | LOCKRIDGE GRINDAL NAUEN |
|  | 100 Washington Avenue South, Suite 2200 |
| 16 | Minneapolis, Minnesota  55401 |
|  | Telephone:  (612) 339-6900 |
| 17 | Facsimile:  (612) 339-0981 |
| 18 | |
|  | Charles E. Schaffer, Admitted Pro Hac Vice |
| 19 | Levin, Fishbein, Sedran & Berman |
|  | 510 Walnut Street, Suite 500, |
| 20 | Phila., PA 19106 |
|  | Telephone:     (215) 592-1500 |
| 21 | |
| 22 | Erica C. Mirabella |
|  | Email: erica@mirabellallc.com |
| 23 | 132 Boylston Street, 5th Floor |
|  | Boston, Massachusetts 02116 |
| 24 | Telephone: (617) 580-8270 |
| 25 | |
|  | Attorneys for Plaintiffs and Proposed Class |
| 26 | |
| 27 | |

CASE NO. 14-cv-05373 – STIPULATION OF DISMISSAL RE: PLAINTIFF CHRISTOPHER MASSARO

3

| | |
|---|---|
| Dated: September 26, 2016 | /s/ William L. Stern |

WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
LISA A. WONGCHENKO (CA SBN 281782)
LWongchenko@mofo.com
LAUREN WROBLEWSKI (CA SBN 291019)
LWroblewski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KIMBERLY R. GOSLING (CA SBN 247803)
KGosling@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant
LUMBER LIQUIDATORS, INC.