Jeffrey B. Cereghino, SBN #099480
Email: jbc@rocklawcal.com
Michael F. Ram, SBN #104805
Email: mram@rocklawcal.com
Susan Brown, SBN #287986
Email: sbrown@rocklawcal.com
Matt Malone, SBN #221545
Email: mjm@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
101 Montgomery Street, Suite 1800
San Francisco, California  94104
Telephone: (415) 433-4949

Charles J. LaDuca, *Admitted Pro Hac Vice*
Email:  charles@cuneolaw.com
Brendan Thompson, *Admitted Pro Hac Vice*
Email:  brendant@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, Maryland  20814
Telephone:  (202) 789-3960

*Attorneys for Plaintiffs and Proposed Class*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, EDWIN MENDEZ and CHRISTOPHER MASSARO on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES1 through 200, inclusive,<br><br>Defendant. | Case No. 3:14-cv-05373-TEH<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ADD CHARLES SCHAFFER TO THE EXECUTIVE COMMITTEE** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**

**Please take notice** that Plaintiffs represented by Ram, Olson, Cereghino & Kopczynski, LLP, Cuneo Gilbert & LaDuca, LLP, Terrell, Marshall Law Group, PLLC, Parker Waichman LLP, Audet & Partners, LLP, Mirabella Law, LLC, and Lockridge Grindal & Nauen on one hand, and the Defendant Lumber Liquidators Inc., represented by Morrison and Forester LLP on the other hand, hereby **STIPULATE** as follows:

1. To amend this Court's order of November 10, 2015 appointing lead class counsel, executive committee counsel and class counsel, to add Charles Schaeffer, of the law firm Levin, Fishbein, Sedran & Berman as a member of the executive committee for this matter.

2. Mr. Schaffer's address and contact information is:

Levin, Fishbein, Sedran & Berman

510 Walnut Street, Suite 500

Philadelphia, Pennsylvania 19106-3697

Phone: 877.882.1011

Fax: 215.592.4663

E-mail: CSchaffer@lfsblaw.com

Dated: December 7, 2016    By: */s/ Jeffrey B. Cereghino*
Jeffrey B. Cereghino, SBN 099480
Michael F. Ram, SBN 104805
Susan Brown, SBN 287986
RAM, OLSON, CEREGHINO
& KOPCZYNSKI LLP
101 Montgomery Street, Suite 1800
San Francisco, California 94111
Telephone: (415) 433-4949
Email: jbc@rocklawcal.com
Email: mram@rocklawcal.com

Beth E. Terrell, CSB 178181
Email: bterrell@tmdwlaw.com
Mary B. Reiten, CSB 203142

---

CASE NO. 14-cv-05373 – STIPULATION AND [PROPOSED] ORDER TO ADD CHARLES SCHAFFER TO THE EXECUTIVE COMMITTEE

2

| | |
|---|---|
| 1 | Email: mreiten@tmdwlaw.com |
| | TERRELL MARSHALL DAUDT |
| 2 |   & WILLIE PLLC |
| | 936 North 34th Street, Suite 300 |
| 3 | Seattle, Washington  98103-8869 |
| | Telephone:  (206) 816-6603 |
| 4 | Facsimile:  (206) 350-3528 |

Charles J. LaDuca (PHV)
Brendan S. Thompson (PHV)
Cuneo Gilbert & LaDuca, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20816
Telephone: (202) 789-3960
charlesl@cuneolaw.com
brendant@cuneolaw.com

Jordan L. Chaikin
Parker Waichman LLP
27300 Riverview Center Boulevard, Suite 103
Bonita Springs, Florida 34134
Telephone:     (239) 390-1000

Michael McShane
Audet & Partners, LLP
221 Main Street, Suite  1460
San Francisco, CA  94105
Telephone:     (415) 568-2555

Erica C. Mirabella
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone:     (617) 580-8270
Email: erica@mirabellallc.com

Robert Shelquist
Lockridge Grindal & Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone:     (612) 339-6900
Email: rkshelquist@locklaw.com

*Counsel for Plaintiffs*

---

CASE NO. 14-cv-05373 – STIPULATION AND [PROPOSED] ORDER TO ADD     3
CHARLES SCHAFFER TO THE EXECUTIVE COMMITTEE

*/s/ William L. Stern*
WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
LAUREN A. WROBLEWSKI (CA SBN 291019)
lwroblewski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KIMBERLY R. GOSLING (CA SBN 247803)
KGosling@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130
Telephone: 858.720.5100
Facsimile: 858.720.5125

*Counsel for Defendant*
Lumber Liquidators, Inc.

## ECF ATTESTATION

I, Jeffrey Cereghino, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO ADD CHARLES SCHAFFER TO THE EXECUTIVE COMMITTEE. In compliance with Local Rule 5-1, I hereby attest that William Stern has concurred in this filing.

Dated: December 7, 2016

RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP

By: /s/ Jeffrey B. Cereghino
Jeffrey B. Cereghino
jbc@rocklawcal.com

# ORDER

Good cause appearing, the Court **ORDERS** as follows:

The Court amends the Order dated November 10, 2015 docket #53 to add Charles Schaeffer as a member of the executive committee for this action.

**SO ORDERED.**

Dated this  8th  day of      December      , 2016.

By: _____
Hon. Thelton E. Henderson
United States District Judge

---

CASE NO. 14-cv-05373 – STIPULATION AND [PROPOSED] ORDER TO ADD CHARLES SCHAFFER TO THE EXECUTIVE COMMITTEE

5