UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC.,<br><br>    Defendant. | Case No.14-cv-05373-TEH<br><br>**ORDER DENYING MOTION TO FILE UNDER SEAL** |

On February 17, 2017, Plaintiffs filed a motion to file under seal excerpts of Plaintiffs' Motion for Class Certification and numerous exhibits to the Declaration of Jeffrey B. Cereghino in Support of Plaintiff's Motion for Class Certification. ECF No. 108. Plaintiffs filed the motion to seal under Civil Local Rule 79-5(e) because the parties are subject to a stipulated protective order in this case and Defendant designated certain documents as "confidential." *Id.* at 2:7–21.

Under these circumstances, Civil Local Rule 79-5(e)(1) requires Defendant to file a declaration "establishing that all of the designated material is sealable." Defendant has not filed any such declaration, and the time to do so has now passed. Accordingly, the motion to file under seal is DENIED. Plaintiffs "may file the [unredacted] document in the public record no earlier than 4 days, and no later than 10 days," after the date of this order. Civ. L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: 2/23/17

_____
THELTON E. HENDERSON
United States District Judge