**MCGUIREWOODS LLP**
David S. Reidy (SBN 225904)
dreidy@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922

Bethany G. Lukitsch (SBN 314376)
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: 804.775.4711
Facsimile: 804.698.2261
blukitsch@mcguirewoods.com

Diane Flannery (Pro Hac Vice)
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: 804.775.1015
Facsimile: 804.698.2047
dflannery@mcguirewoods.com

Attorneys for Defendant Lumber Liquidators, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, EDWIN MENDEZ, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES1 through 200, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-05373-TEH<br><br>**DECLARATION OF BETHANY G. LUKITSCH IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMAND<br><br>The Honorable Thelton E. Henderson<br><br>Complaint Filed: December 8, 2014 |

I, Bethany G. Lukitsch, declare and state as follows:

1. I am an attorney licensed to practice law in the state of California and am admitted to practice before this Court. I am a partner with the law firm of McGuireWoods LLP, counsel of record for Defendant Lumber Liquidators, Inc. ("Lumber Liquidators" or "Defendant"). I make this declaration from my own personal knowledge, and could and would competently testify to the following if called upon to do so.

2. I submit this declaration in support of Lumber Liquidators' Administrative Motion to File Under Seal Portions of Lumber Liquidators' Reply Brief in Support of Motion to Exclude Plaintiffs' Expert Witnesses and supporting declaration. Specifically, Lumber Liquidators seeks to seal the below-referenced portions of its Reply Brief and portions of the Declaration of Christopher N. Crowe on the grounds that disclosure of the information contained therein could be detrimental to Lumber Liquidator's financial interests and competitive position, because its competitors could circumvent the time and resources necessary for product and marketing development and thereby placing Lumber Liquidators at a commercial disadvantage.

3. Lumber Liquidators seeks to seal the following portions of its Reply Brief: p. 8:10-11; 8:20; 9:1-3; 9:6-10:5; 10:23-11:4; 11:9-10; 11:12-14; 11:19-21; 11:23-24; 12:1-3; 12:5-14; 12:16-25; 13:3-4; 13:12-14:19; 14:20-21; 14:24-28; 15:4-5. The redacted portions of Lumber Liquidators' Reply Brief in Support of Motion to Exclude Plaintiffs' Expert Witnesses contain confidential and proprietary financial, sales, and marketing information for bamboo products. In addition, these portions contain proprietary information regarding Lumber Liquidators' complaint management database. These portions also extensively discuss an expert report (the "SGH Report") filed by Plaintiffs in support of their Motion for Class Certification which has been previously subject to a motion to seal that has been granted by this Court (Doc. 131.) The remainder of these portions were the subject of an Administrative Motion for Leave to File Under Seal filed in connection with Lumber Liquidators' Motion to Exclude Plaintiffs' Expert Witnesses (Doc. 132). That motion was unopposed, and was granted on April 20, 2017. (Doc. 136.) This sales data and financial information is highly valuable to Lumber Liquidators and is not publicly

disclosed. If this information was disclosed to the public, Lumber Liquidators' competitors would have valuable insights into Lumber Liquidators' sales and business, and could use this information to Lumber Liquidators' detriment. Lumber Liquidators has legitimate business reasons and expectations in keeping this information confidential.

4. The Declaration of Christopher N. Crowe, dated May 5, 2017, filed in support of Lumber Liquidators' Reply Brief in Support of Motion to Exclude Plaintiffs' Expert Witnesses. The redacted portions of the Declaration of Christopher N. Crowe contain confidential inventory and sales information for bamboo products. This information is highly valuable to Lumber Liquidators and is not publicly disclosed. If this information was disclosed to the public, Lumber Liquidators' competitors would have valuable insights into Lumber Liquidators' inventory, sales and business, and could use this information to Lumber Liquidators' detriment. Lumber Liquidators has legitimate business reasons and expectations in keeping this information confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Austin, Texas, this 5th day of May, 2017.

By:    /s/ Bethany G. Lukitsch
        Bethany G. Lukitsch
        Attorney for Lumber Liquidators, Inc.