Michael McShane, SBN #127944
Email: mmcshane@audetlaw.com
S. Clinton Woods, SBN #246054
Email: cwoods@audetlaw.com
Ling Y. Kuang, SBN #296873
Email: lkuang@audetlaw.com
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, California 94102
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Charles J. LaDuca, *Admitted Pro Hac Vice*
Email: charles@cuneolaw.com
Brendan Thompson, *Admitted Pro Hac Vice*
Email: brendant@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, EDWIN MENDEZ, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES1 through 200, inclusive,<br><br>Defendants. | No. 3:14-cv-05373-TEH<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND<br><br>The Honorable Thelton E. Henderson<br><br>Complaint Filed: December 8, 2014 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
UNDER SEAL - 1
CASE NO. 3:14-CV-05373-TEH

The Court has reviewed Plaintiffs' Administrative Motion to File Documents Under Seal, as well as all papers filed by Plaintiffs and defendant Lumber Liquidators in support of the Motion. IT IS HEREBY ORDERED that the documents will be sealed:

| Document | Portion Designated Confidential |
| --- | --- |
| Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Defendant Lumber Liquidators' Motion to Exclude Plaintiffs' Expert Witnesses | 1:11; 3:17-4:4; fn 1; 4:18-21; fn 3; 5:9-14; 5:22-25; 6:13-14; 6:18-7:9; 8:16-27; 10:3-11:7; 11:16-24; 11:26-12:9; 12:16-18; 12:20-13:2; 13:5-8; 13:12-16; 13:19-14:4; 14:6; 14:10-18; 15:8-13; 15:22-16:2; 17:3-12; 17:21-18:10; 18:13-21; 19:1-9; 19:14-20; 19:24-20:9; 20:22-21:1; 21:20-22:2; 22:3-4; 22:6-22; 22:24-26. |
| **Exhibits to Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Defendant Lumber Liquidators' Motion to Exclude Plaintiffs' Expert Witnesses** | |
| Ex. 1 | Entire document |
| Ex. 2 | Entire document |
| Ex. 3 | Entire document |
| Ex. 4 | Entire document |
| Ex. 5 | Entire document |
| Ex. 6 | Entire document |
| Ex. 7 | Entire document |
| Ex. 8 | Entire document |
| Ex. 10 | Entire document |
| Ex. 11 | Entire document |
| Ex. 12 | Entire document |
| Ex. 13 | Entire document |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 2
CASE NO. 3:14-CV-05373-TEH

| Document | Portion Designated Confidential |
|---|---|
| Ex. 14 | Entire document |
| Ex. 15 | Entire document |
| Ex. 16 | Entire document |
| Ex. 17 | Entire document |
| Ex. 18 | Entire document |
| Ex. 19 | Entire document |
| Ex. 20 | Entire document |
| Ex. 22 | Entire document |
| Ex. 23 | Entire document |
| Ex. 24 | Entire document |
| Ex. 25 | Entire document |
| Ex. 26 | Entire document |
| Ex. 27 | Entire document |
| Ex. 28 | Entire document |
| Ex. 29 | Entire document |
| Ex. 30 | Entire document |
| Ex. 31 | Entire document |
| Ex. 32 | Entire document |
| Ex. 33 | Entire document |
| Ex. 34 | Entire document |
| Ex. 35 | Entire document |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 3
CASE NO. 3:14-CV-05373-TEH

1   IT IS SO ORDERED.

2   DATED this ___4th___ day of _____May_____, 2017.

*(signature)*
THE HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 4
CASE NO. 3:14-CV-05373-TEH