UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, EDWIN MENDEZ, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES1 through 200, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-05373-TEH<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE PLAINTIFFS' EXPERT WITNESSES<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMAND<br><br>The Honorable Thelton E. Henderson<br><br>Complaint Filed: December 8, 2014 |

**ORDER**

On May 5, 2017, Defendant Lumber Liquidators, Inc. ("Lumber Liquidators" or "Defendant") filed an Administrative Motion to Seal Portions of Lumber Liquidators' Reply Brief in Support of Motion to Exclude Plaintiffs' Expert Witnesses pursuant to Civil Local Rules 7-11 and 79-5, seeking an Order granting the Motion. Good cause therefor appearing, the Court hereby GRANTS Defendant's administrative motion and orders that the following documents be filed and maintained under seal:

1. Portions of Lumber Liquidators' Reply Brief in Support of Motion to Exclude Plaintiffs' Expert Witnesses: p. 8:10-11; 8:20; 9:1-3; 9:6-10:5; 10:23-11:4; 11:9-10; 11:12-14; 11:19-21; 11:23-24; 12:1-3; 12:5-14; 12:16-25; 13:3-4; 13:12-14:19; 14:20-21; 14:24-28; 15:4-5.

2. Portions of the Declaration of Christopher N. Crowe, dated May 5, 2017, filed in support of Lumber Liquidators' Reply Brief in Support of Motion to Exclude Plaintiffs' Expert Witnesses.

**IT IS SO ORDERED.**

DATED: __5/11__, 2017        _____
                              THE HONORABLE THELTON E. HENDERSON
                              UNITED STATES DISTRICT COURT JUDGE