Jeffrey B. Cereghino, SBN #099480
Email: jbc@rocklawcal.com
Michael F. Ram, SBN #104805
Email: mram@rocklawcal.com
Matt Malone, SBN #221545
Email: mjm@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
101 Montgomery Street, Suite 1800
San Francisco, California  94104
Telephone: (415) 433-4949

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, EDWIN MENDEZ, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES1 through 200, inclusive,<br><br>Defendants. | No.  3:14-cv-05373-TEH<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMAND<br><br>The Honorable Thelton E. Henderson<br><br>Complaint Filed:  December 8, 2014 |

The Court has reviewed Plaintiffs' Administrative Motion to File Documents Under Seal, as well as all papers filed by Plaintiffs and defendant Lumber Liquidators in support of the Motion.  IT IS HEREBY ORDERED that the documents will be sealed:

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 1
CASE NO. 3:14-CV-05373-TEH

| DOCUMENT | PORTION DESIGNATED CONFIDENTIAL |
|---|---|
| Portions of Plaintiffs' Reply in Support of Class Certification | 1:6-12; 1:16-2:1; 4:7-14; 5:5-11; 5:26-27 (n.4); 6:3-9; 6:27-7:4; 7:15-17; 8:12-13; 8:19; 12:4-5; 13:20-21 |
| **Exhibits to the Declaration of Jeffrey B. Cereghino in Support of Plaintiffs' Reply** | |
| Ex. 80 | Entire document |
| Ex. 81 | Entire document |
| Ex. 84 | Entire document |
| Ex. 85 | Entire document |
| Ex. 86 | Entire document |

IT IS SO ORDERED.

DATED this 11th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL - 2
CASE NO. 3:14-CV-05373-TEH