UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC.,<br><br>    Defendant. | Case No. 14-cv-05373-TEH<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

        The Court is in receipt of the Parties' Joint Stipulation for an Order Granting Defendant's Administrative Motion for Leave to File a Surreply in Opposition to Plaintiffs' Motion for Class Certification and Defendant's corresponding administrative motion. ECF Nos. 149–50. Having considered these submissions and finding good cause, the Court hereby GRANTS Defendant's motion. The Defendant shall file its surreply no later than **May 22, 2017**.

        In addition, it is further ordered that the hearing scheduled for May 22, 2017 is hereby VACATED and rescheduled to **June 5, 2017**.

**IT IS SO ORDERED.**

Dated: 5/17/17

_____

THELTON E. HENDERSON
United States District Judge