| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | MAR 1 2018 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DANA GOLD; et al.,

        Plaintiffs-Respondents,

 v.

LUMBER LIQUIDATORS, INC., a Delaware corporation,

        Defendant-Petitioner.

No.   17-80246

D.C. No. 3:14-cv-05373-RS
Northern District of California,
San Francisco

ORDER

Before:  CANBY and TROTT, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's November 15, 2017 order granting class action certification and the December 22, 2017 order modifying the class.  *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

The motion to file the answer to the petition for permission to appeal under seal (Docket Entry No. 4) is granted.  *See* Interim 9th Cir. R. 27-13.  The Clerk shall maintain the answer to the petition for permission to appeal under seal.  The Clerk shall file publicly the redacted version of the answer to the petition for permission to appeal at Exhibit A of Docket Entry No. 4.

The motion to file the amended answer to the petition for permission to appeal under seal (Docket Entry No. 9) is granted.  *See* Interim 9th Cir. R. 27-13.  The Clerk

KAM/MOATT

shall maintain the amended answer to the petition for permission to appeal under seal. The Clerk shall file publicly the redacted version of the answer to the petition for permission to appeal at Exhibit A of Docket Entry No. 9.