| | |
|---|---|
| **MCGUIREWOODS LLP**<br>David S. Reidy (SBN 225904)<br>dreidy@mcguirewoods.com<br>Anthony Q. Le (SBN 300660)<br>ale@mcguirewoods.com<br>Two Embarcadero Center, Suite 1300<br>San Francisco, CA 94111<br>Telephone: 415.844.9944<br>Facsimile: 415.844.9922<br><br>Bethany G. Lukitsch (SBN 314376)<br>blukitsch@mcguirewoods.com<br>Wells Fargo Center<br>South Tower<br>355 S. Grand Ave., Suite 4200<br>Los Angeles, CA 90071-3103<br>Telephone: 213.457.9875<br>Facsimile: 213.457.9895<br><br>Diane Flannery (Pro Hac Vice)<br>dflannery@mcguirewoods.com<br>800 East Canal Street<br>Richmond, Virginia 23219-3916<br>Telephone: 804.775.1015<br>Facsimile: 804.698.2047<br><br>*Attorneys for Defendant*<br>*Lumber Liquidators, Inc.* | **ROBINS KAPLAN LLP**<br>Michael F. Ram (SBN 104805)<br>mram@robinskaplan.com<br>Marie N. Appel (SBN 187483)<br>mappel@robinskaplan.com<br>2440 West El Camino Real, Suite 100<br>Mountain View, CA 94040<br>Telephone: 650.784.4040<br><br>**CEREGHINO LAW GROUP**<br>Jeffrey B. Cereghino (SBN 099480)<br>jbc@cereghinolaw.com<br>101 Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415.433.4949<br><br>**CUNEO GILBERT & LADUCA LLP**<br>Charles J. LaDuca (Pro Hac Vice)<br>charles@cuneolaw.com<br>Brendan Thompson (Pro Hac Vice)<br>brendant@cuneolaw.com<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington, DC 20016<br>Telephone: 202.789.3960<br><br>*Attorneys for Plaintiffs and Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, MARY LOUISE FERENCE, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES 1 through 200, inclusive, | Case No. 3:14-cv-05373-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**CLASS ACTION**<br><br>Complaint Filed: December 8, 2014<br>Fifth Am. Compl. Filed: February 2, 2018 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEF

1

1    Plaintiffs Dana Gold, Tammy Emery, Edwin Mendez, Laura Norris, Donald Fursman, and John Triana ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Lumber Liquidators, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows pursuant to Local Rules 6-2 and 7-12:

WHEREAS, the Parties agreed to settle this action and executed a Memorandum of Understanding setting out many of the settlement details in March 2019.

WHEREAS, the Parties finalized the settlement and filed a Motion for Preliminary Approval of Class Action Settlement ("Motion") on October 4, 2019.

WHEREAS, the Court held a hearing on the Motion on November 14, 2019, and requested that the parties file a joint supplemental brief providing additional information requested by the Court by December 5, 2019.

WHEREAS, counsel for both Parties in this case have been working diligently on preparing the joint filing requested by the Court, but request additional time to finalize all of the information, and have both parties review and approve the supplemental brief prior to submission.

WHEREAS, the Parties stipulate and request additional time to submit the supplemental brief until Monday, December 9, 2019.

WHEREAS, the Parties respectfully submit the following Stipulation and Request for an Order:

**STIPULATION**

THEREFORE, and subject to the Court's approval, the Parties stipulate through their respective attorneys to an extension of time to submit the supplemental information relating to Preliminary Approval of the Class Action Settlement as requested by the Court until December 9, 2019.

This Stipulation and Request for an Order is based upon the Declaration of Michael F. Ram.

| | | |
|---|---|---|
| 1 | Dated: Decemebr 5, 2019 | **ROBINS KAPLAN LLP** |
| 2 | | |
| 3 | | By:  */s/ Michael F. Ram* |
| 4 | | Michael F. Ram (SBN 104805)<br>mram@robinskaplan.com |
| 5 | | Marie N. Appel (SBN 187483)<br>mappel@robinskaplan.com |
| 6 | | **ROBINS KAPLAN LLP**<br>2440 West El Camino Real, Suite 100 |
| 7 | | Mountain View, CA 94040<br>Telephone: 650.784.4040 |
| 8 | | Jeffrey B. Cereghino (SBN 099480) |
| 9 | | jbc@cereghinolawgroup<br>**CEREGHINO LAW GROUP** |
| 10 | | 101 Montgomery Street, Suite 1800<br>San Francisco, CA 94104 |
| 11 | | Telephone: 415.433.4949 |
| 12 | | Charles J. LaDuca (Pro Hac Vice) |
| 13 | | charles@cuneolaw.com<br>Brendan Thompson (Pro Hac Vice) |
| 14 | | brendant@cuneolaw.com<br>**CUNEO GILBERT & LADUCA LLP** |
| 15 | | 4725 Wisconsin Avenue, NW, Suite 200<br>Washington, DC 20016 |
| 16 | | Telephone: 202.789.3960 |
| 17 | | *Attorneys for the Classes* |
| 18 | | |
| 19 | Dated: December 5, 2019 | **MCGUIREWOODS LLP** |
| 20 | | |
| 21 | | By:  */s/ Bethany G. Lukitsch* |
| 22 | | Bethany G. Lukitsch (SBN 314376)<br>blukitsch@mcguirewoods.com |
| 23 | | Wells Fargo Center – South Tower<br>355 S. Grand Ave., Suite 4200 |
| 24 | | Los Angeles, CA 90071-3103<br>Telephone: 213.457.9875 |
| 25 | | Diane Flannery *(Pro Hac Vice)* |
| 26 | | dflannery@mcguirewoods.com<br>800 East Canal Street |
| 27 | | Richmond, Virginia 23219-3916<br>Telephone: 804.775.1015 |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEF

2

David S. Reidy (SBN 225904)
dreidy@mcguirewoods.com
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944

*Attorneys for Defendant*
*Lumber Liquidators, Inc.*

# [~~PROPOSED~~]  ORDER

Pursuant to the Parties' Stipulation, the Parties shall have until Monday, December 9, 2019 to file their supplemental brief in support of the Motion for Preliminary Approval of the Class Action Settlement.

**IT IS SO ORDERED.**

Dated: 12/5/19

_____
Hon. Richard Seeborg
United States District Judge