**MCGUIREWOODS LLP**
David S. Reidy (SBN 225904)
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922

Bethany G. Lukitsch (SBN 314376)
blukitsch@mcguirewoods.com
Wells Fargo Center – South Tower
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071-3103
Telephone: 213.457.9875
Facsimile: 213.457.9875

Diane Flannery *(Pro Hac Vice)*
dflannery@mcguirewoods.com
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: 804.775.1000
Facsimile: 804.775.1061

Attorneys for Defendant Lumber Liquidators, Inc..

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, EDWIN MENDEZ, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES1 through 200, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-05373-RS<br><br>**DECLARATION OF BRYAN KELLEY IN SUPPORT OF SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>The Honorable Richard Seeborg<br><br>Complaint Filed: December 8, 2014<br>Fourth. Am. Compl. Filed: June 26, 2017 |

## DECLARATION OF BRYAN KELLEY

I, Bryan Kelley, declare as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I am a Financial Planning and Analysis Manager at Lumber Liquidators, Inc. ("Lumber Liquidators") with over 10 years of business analytics and data science experience. I respectfully submit this declaration in support of Plaintiffs and Lumber Liquidators' Supplemental Brief in support of Preliminary Approval of Class Settlement.

2. The information contained in this declaration is based on my own personal knowledge and my review of and familiarity with Lumber Liquidators' records maintained in the ordinary course of its business. Any and all documents and records referred to herein, or relied upon by me in preparing this declaration, are the business records of Lumber Liquidators and constitute writings made in the regular or ordinary course of business, at or near the time of the act, condition, or event to which they relate, by persons employed by Lumber Liquidators, and/or its predecessors and/or agents, who had a business duty to accurately and completely take, make, and maintain such records and documents.

3. The following statements are true and correct to the best of my knowledge, information and belief, based on such personal knowledge and/or review, and if called to testify regarding the matters addressed herein, I could and would competently do so.

4. Lumber Liquidators issues store credit to customers to resolve customer complaints about its flooring products, for a variety of circumstances.

5. I have reviewed Lumber Liquidators' data related to the redemption rates of store credits issued to customers from January 1, 2017 through November 30, 2019 ("Time Period"). In this Time Period, the data set contains approximately 8,100 distinct customers who are issued store credits that predominantly range from $100 to $2,000.

6. During the Time Period, eighty percent (80%) of all store credits issued greater than $100 were redeemed for a portion of or all of their value.

7. During the Time Period, fifty percent (50%) of all store credits were redeemed within five (5) days and an overwhelming ninety percent (90%) of all store credits were redeemed within 140 days, or within approximately 4.5 months.

8. My analysis of the Lumber Liquidators' recent historical data supports the conclusion that allotting three years for a consumer to redeem a voucher is a generous period of time and that it is highly likely that more than eighty percent (80%) of class members would redeem their vouchers within three years.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 5th day of December, 2019, in Richmond, Virginia.

By: _____
Bryan Kelley