UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, MARY LOUISE FERENCE, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES 1 through 200, inclusive, | Case No. 3:14-cv-05373-RS<br><br>**ORDER GRANTING JOINT STIPULATION TO RESCHEDULE FINAL APPROVAL HEARING**<br><br>**CLASS ACTION**<br><br>Complaint Filed: December 8, 2014 Sixth Am. Compl. Filed: January 3, 2020<br><br>[*Filed concurrently with Joint Stipulation*] |

## ORDER

Based on the foregoing stipulated request, and good cause appearing therefor, the Court **ORDERS** as follows:

1. The Final Approval hearing on the Parties' Class Action Settlement scheduled for September 17, 2020 at 1:30 p.m. is **VACATED**;

2. The Final Approval Hearing on the Parties' Class Action Settlement shall be held on **September 24, 2020 at 1:30 p.m.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  1/10/2020

Honorable Richard Seeborg
U.S. District Judge