Objection to Class Settlement in *Gold v. Lumber Liquidators, Inc.*,
Case No. 3:14-cv-05373-RS (N.D. Of Cal.)

I am objecting the proposed settlement compensation for this class action lawsuit that is separated by Compensation Level 1 and Compensation Level 2 based on the <u>current</u> level of property damage. This product 30 year warranty was knowingly defective with information being withheld from the consumer that the product was unable to withstand typical ambient moisture variations. I, personally, am not even close to the 30 year warranty and therefore I do not feel my damage should be assessed and compensated based on current condition knowing that it is a matter of time before the floor is defective.

The level of compensation does not even take into account the labor cost of removing the defective flooring or the cost of replacing it.

I do not intend on appearing at the Final Approval Hearing.

FILED
JAN 31 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

This objection could be considered for the entire class but is delegated as a personal objection and only applies to myself.

I have 0 (zero) objections to class action settlements in the last 3 (three) years.

I am not represented by personal counsel at this time in this objection with no sanctions or disciplines ordered by any court, bar association, or governmental agency.

I did receive a personal, individual notice with the CPT ID 287885

Shawn E. Strickland
1620 Ridge Road
Oak Hill, WV  25901
(304) 550-5543
stricklandpac@gmail.com

Thank you for your consideration of this matter,

Shawn Strickland