"Objection to Class Settlement in Gold vs. Lumber Liquidators, Inc.,
Case No. 3:14-cv-07373-RS (N.D. of Cal.)"

Lamar Joyce.
3451 Miranda Circle, SE. Palm Bay, FL. 32909
321-266-8100
biff1951@gmail.com



FILED
MAY 11 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

My main objection is that restitution in the form of vouchers from a company (Lumber Liquidators) that knowingly misled their customers is ludicrous. From their perspective it makes good business sense to offer $14 million in vouchers. Their real product cost would more likely be around $4 to $6 million. And it doesn't stop there. It basically forces the Class Member to do future business with them to redeem the awarded vouchers. Slick. Great deal for Lumber Liquidators.

My second objection is determination of fees to be awarded to Plaintiffs' Council. $9.3 million is the lion's share of cash compensation representing 66%. Maybe representing council would like to take 25% (benchmark fee) in cash and the remainder in vouchers. Lol

I will not be coming to SF to attend the hearing, adding to my loss. I spent 24 years there so I don't need to see it.
I have $14,000 invested in a floor that can't be repaired. Removal cost for wood and adhesive from the slab is estimated at $4,000.

Somewhat respectfully
Lamar Joyce

USA FIRST CLASS FOREVER

L. JOYCE
2451 MIRANDA
FORM BAY FL 32909

US District Court for Northern District of California
Phillip Burton Federal Building
450 Golden Gate Ave
Courtroom 3rd -17th Floor
San Francisco, CA 94102

RECEIVED
MAY 11 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-342717