# EXHIBIT 1

Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Objector Benjamin Faber*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, et al., | Case No. 14-cv-05373-RS |
| Plaintiffs, | |
| v. | Judge: Hon. Richard Seeborg |
| | Courtroom: 3, 17th Floor |
| LUMBER LIQUIDATORS, INC., | Date: September 24, 2020 |
| | Time: 1:30 P.M. |
| Defendant. | |
| BENJAMIN FABER, | |
| Objector. | |

DECLARATION OF BENJAMIN FABER

I, Benjamin Faber, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. My full name is Benjamin Sidney Faber. My current address is 1001 Cherry St. Suite 104, Columbia, MO 65201. My phone number is 573-777-9770. My email address is ben@comocriminaldefense.com.

3. In 2018, I purchased Morning Star Strand Bamboo flooring for personal, family or household use. I am not a present or former affiliate, a director, or an officer of Lumber Liquidators. I am a member of the presiding judge's immediate family or judicial staff. I have not previously entered into a release or settlement with Lumber Liquidators relating to the flooring during the class period. I did not purchase the flooring for resale. I understand myself to be a class member in this case. I have not requested to be excluded from the class nor do I have any intention of doing so.

4. In the first quarter of 2020, I received written notice of the settlement from the settlement administrator. I am unable to locate the notice and do not know my CPT ID.

5. Because my flooring experienced warping, cupping, buckling, scratching, and deteriorating or gapping, I believe I am eligible to make a compensation level two claim.

6. I intend to submit a level two claim for a settlement award via the settlement website.

7. I intend to appear through my counsel Ted Frank at the fairness hearing currently scheduled for September 24, 2020. His name, address, telephone number, and email address appear in the caption of this document. Neither Mr. Frank, nor any of the other CCAF attorneys representing me in this matter, have ever previously represented me in any other legal matter.

8. I bring this objection in good faith. I have no intention of settling this objection for any sort of side payment. Unlike many objectors who attempt or threaten to disrupt a settlement unless plaintiffs' attorneys buy them off with a share of attorneys' fees, it is my

understanding and belief that CCAF does not engage in *quid pro quo* settlements and will not withdraw an objection or appeal in exchange for payment.

9. Thus, if contrary to CCAF's practice and recommendation, I agree to withdraw my objection or any subsequent appeal for a payment by plaintiffs' attorneys or the defendant(s) paid to me or any person or entity related to me in any way without court approval, I hereby irrevocably waive any and all defenses to a motion seeking disgorgement of any and all funds paid in exchange for dismissing my objection or appeal.

10. The specific grounds of my objection are identified in the memorandum to be filed by my attorney contemporaneously with this declaration.

11. I do not value the settlement vouchers as equivalent to cash relief of the same nominal amount.

12. I have not objected to any other class action settlements in the three years prior to May 20, 2020.

13. My objection applies to the entire class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 20, 2020, in Columbia, MO.

Benjamin Faber