Michael F. Ram, SBN 104805
mram@forthepeople.com
Marie N. Appel, SBN 187483
mappel@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Jeffrey B. Cereghino, SBN 99480
jbc@cereghinolaw.com
**CEREGHINO LAW GROUP LLP**
649 Mission Street, Floor 5
San Francisco, CA 94105
Telephone: (415) 433-4949

Charles J. LaDuca, Admitted Pro Hac Vice
charles@cuneolaw.com
Brendan Thompson, Admitted Pro Hac Vice
brendant@cuneolaw.com
**CUNEO GILBERT & LaDUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 200016
Telephone:  (202) 789-3960

*Class Counsel*
*[Additional Counsel Appear on Signature Page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, MARY LOUISE FERENCE, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES 1 through 200, inclusive,<br><br>Defendants. | No.  3:14-cv-05373-RS<br><br>**NOTICE RE REVISED [PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF FEES AND EXPENSES**<br><br><u>CLASS ACTION</u><br>The Honorable Richard Seeborg<br>Date:        September 24, 2020<br>Time:        1:30 p.m.<br>Location:   Courtroom 3 - 17th Floor |

Plaintiffs hereby submit the attached Revised [Proposed] Order Approving Settlement and Granting Service Award, Costs and Fees attached as Exhibit 1. This Proposed Order has been modified in response to questions and concerns by the Court at the Preliminary Approval Hearing on September 24, 2020. The modifications are outlined below.

**I.   On Page 6, Paragraph 17 has been added as follows:**

17.   At the Final Approval Hearing, the Court requested that the parties choose a cy pres different from the initial recipient, Habitat for Humanity, which had been proposed by the parties. Accordingly, the parties proposed the National Consumer Law Center as the cy pres recipient. The Court finds that there is a sufficient nexus between the recipient and the claims in this action and hereby approves National Consumer Law Center as the cy pres recipient.

**II.   On Page 7, the following section has been added:**

**<u>Timeline for Review of Claims, and Distribution of Vouchers and Checks</u>**

20.   CPT will complete validation process for Level 1 and Level 2 claims by December 18, 2020.

21.   CPT will prepare and finalize calculations of benefits for each class member, and address any outstanding claims-related issues by January 15, 2021.

22.   On January 15, 2021, CPT will provide the distribution list to the SVS, the company preparing the vouchers, which will prepare the vouchers and mail them to CPT by March 16, 2021.

23.   CPT will then match the settlement checks to the vouchers and mail them to the claimants by April 21, 2021.

Respectfully Submitted,

Dated: October 9, 2020                    By:      /s/ Michael F. Ram
                                                        Michael F. Ram

Michael F. Ram, SBN 104805
mram@forthepeople.com
Marie N. Appel, SBN 187483
mappel@forthepeople.com
MORGAN & MORGAN

|   |   |
|---|---|
| 1 | COMPLEX LITIGATION GROUP |
|   | 711 Van Ness Avenue, Suite 500 |
| 2 | San Francisco, CA 94102 |
|   | Telephone: (415) 358-6913 |
| 3 | Facsimile: (415) 358-6923 |

Jeffrey B. Cereghino, SBN 99480
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
649 Mission Street, Floor 5
San Francisco, CA 94105
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Charles J. LaDuca, *Admitted Pro Hac Vice*
charles@cuneolaw.com
Brendan Thompson, *Admitted Pro Hac Vice*
brendant@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 200016
Telephone:  (202) 789-3960
Facsimile:  (202) 789-1813

*Class Counsel*

Beth E. Terrell, SBN 178181
bterrell@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Jordan L. Chaikin, *Admitted Pro Hac Vice*
CHAIKIN LAW FIRM PLLC
12800 University Drive, Suite 600
Fort Myers, Florida 33907
Telephone: (239) 470-8338

Michael McShane, SBN 127944
mmcshane@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone: (415) 568-2555

NOTICE RE REVISED [PROPOSED] ORDER         CASE NO. 3:14-CV-05373-RS

2

Facsimile: (415) 568-2556

Robert K. Shelquist, *Admitted Pro Hac Vice*
rkshelquist@locklaw.com
LOCKRIDGE GRINDAL NAUEN
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota  55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981

Charles E. Schaffer, *Admitted Pro Hac Vice*
cschaffer@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663

Erica C. Mirabella
erica@mirabellallc.com
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Telephone: (617) 580-8270

Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Drive
 Port Washington, New York 11050

*Additional Plaintiffs' Counsel*