*Gold, et al. v. Lumber Liquidators, Inc.*  
Case No. 14-cv-05373-RS

**Opt Out Report**

| ResponseNo. | Name | OptOut | Notes |
|---|---|---|---|
| 10 | ROBIRDS, ERNIE | TRUE | |
| 11 | ROSENTHAL, JOHN | TRUE | |
| 99 | ASHMORE, DONNELL | TRUE | |
| 129 | HOWARD, LEILANI | TRUE | |
| 155 | LOWE, EILEEN | TRUE | |
| 273 | HAY, ERIC | TRUE | |
| 309 | GROHMANN, TYSON | TRUE | |
| 423 | BIRON, DAVID | TRUE | |
| 435 | BASKAN, ASUMAN | TRUE | |
| 436 | HOCKMAN, FREDERIC | TRUE | |
| 464 | NELSON, BILL | TRUE | |
| 483 | DEAN, KAREN | TRUE | |
| 511 | WOOD, RALPH | TRUE | |
| 530 | JENKINS, KEVIN | TRUE | |
| 534 | ANIC, MIRA | TRUE | |
| 538 | ANDERS, BOB | TRUE | |
| 692 | GRANGER, DENNIS | TRUE | |
| 757 | HIERS, KAREN | TRUE | |
| 792 | BRESLIN, VICKI | TRUE | |
| 861 | ELKIN, ERNEL | TRUE | |
| 885 | RICHARDS, REBECCA | TRUE | |
| 961 | SAUNDERS, CHRISTOPHER | TRUE | |
| 1051 | LASALLE, VETO | TRUE | |
| 1080 | CUNNINGHAM, RODGER | TRUE | |
| 1105 | PEPPER, PHILIP | TRUE | |
| 1168 | SAMMON, ALEX | TRUE | (QUALITY FIRST REMOD LLC ) |
| 1246 | OLIVER, WAYNE | TRUE | |
| 1462 | OSTROWSKI, ED | TRUE | |
| 1488 | DECK, LINDA | TRUE | |
| 1504 | MOLICK, STEPHEN | TRUE | |
| 1510 | COOMBER, EUNICE | TRUE | |
| 1536 | TOTTEN, DANIEL | TRUE | |
| 1536 | TOTTEN, JANICE | TRUE | |
| 1594 | REEVES, BARBARA | TRUE | |
| 1631 | CLEARY, VANNA | TRUE | |
| 1701 | JOHNSON, GREG | TRUE | |
| 1731 | JONSSON, ELLEN | TRUE | |
| 1797 | WAYLAND, DAVID | TRUE | |
| 1851 | SMITH, MARILYN | TRUE | |
| 1852 | CHEUNG, VINCE | TRUE | |
| 1853 | HANKS, DENNIS | TRUE | (PRESIDENT OF WESTLAKE PREFERRED PROPERTIES, INC.) |
| 1854 | MCINTYRE, LES (DECEASED) | TRUE | OPT OUT SUBMITTED BY WIFE (PAT MCINTYRE) |
| 1855 | BRAY, CHARLES | TRUE | |
| 1856 | CASSADY, TAMMY | TRUE | |
| 1857 | CAMPBELL, RICHARD | TRUE | |
| 1858 | BENNETT, DAVID | TRUE | |
| 1859 | LAFOND, PETER J. | TRUE | |
| 1861 | OROZCO, ANNIE | TRUE | |
| 1862 | CRAWFORD, JACQUELINE | TRUE | |
| 1863 | BAIR, PATRICK | TRUE | |
| 1864 | HILL, MIKE | TRUE | |
| 1864 | HILL, SUSAN | TRUE | |
| 1865 | LANCE, JACQUELINE | TRUE | |
| 1866 | PERKINS, DERRICK | TRUE | |
| 1867 | YEFIMOVA, TATYANA | TRUE | |

| | | | |
|---|---|---|---|
| 1868 | COOKS, YESSENIA | TRUE | |
| 1908 | GALAPON, RAY | TRUE | |
| 2565 | CROSS, BRIAN | TRUE | |
| 2578 | HILLIS, MARK | TRUE | |
| 2606 | CRAIG, CAMERON | TRUE | |
| 2677 | QUINN, JOAN | TRUE | |
| 2733 | Turner, Bryan W | TRUE | |
| 2734 | DAWERS, CHARLES | TRUE | |
| 2734 | DAWERS, JACQUELINE H | TRUE | |
| 2735 | SCHMIDT, JOEL | TRUE | |
| 2738 | Sutphen, Janet | TRUE | |
| 2738 | SUTPHEN, KARL | TRUE | |
| 2764 | SZYMANSKI, ALEXANDER | TRUE | |
| 2772 | BUTCHER, ROSEMARY | TRUE | |
| 2794 | RASLAVICH, ANNA | TRUE | |
| 2853 | REICHMAN, MEL | TRUE | |
| 2865 | GRAVES, STEPHEN | TRUE | |
| 2867 | NELSON, WESLEY | TRUE | |
| 2877 | PETERS, MICHAEL D. | TRUE | (MEMBER/MANAGER) AND JUNIPER PROPERTIES, LLC |
| 2895 | ROEKEL, JACOB VAN (DECEASED) | TRUE | OPT OUT SUBMITTED BY WIFE (DELENA VAN ROEKEL) |
| 2905 | STAFFORD, BRENDA | TRUE | |
| 2907 | GRECH, KIM | TRUE | |
| 2915 | HALL, DEBRA | TRUE | |
| 2948 | THERKILSEN, ELIZABETH | TRUE | |
| 3018 | JOHNSON, BOBBY | TRUE | |
| 3019 | ROKENBRODT, KEVIN | TRUE | |
| 3021 | BOURQUE, KIM | TRUE | |
| 3021 | BOURQUE, RAYMOND | TRUE | |
| 3021 | R&K REMODELING | TRUE | |
| 3022 | RADICCHI, STEVE | TRUE | |
| 3023 | BROWN, ELLEN | TRUE | |
| 3024 | QUICK, BILL | TRUE | |
| 3024 | QUICK, NANCY | TRUE | |
| 3096 | MILINIS, JOHN | TRUE | |
| 3126 | BOWER, JACOB | TRUE | |
| 3130 | MESTER, CYNTHIA | TRUE | |
| 3169 | KRAMER, HOLLY | TRUE | |
| 3184 | HEARNSBERGER, ALICE | TRUE | |
| 3188 | WALL, DARYL | TRUE | |
| 3188 | WALL, DENISE | TRUE | |
| 3236 | GARRETT, RICKEY | TRUE | |
| 3246 | WARD-DEMUTH, VICKIE | TRUE | |
| 3254 | HODGSON, KIM | TRUE | |
| 3260 | LOWE, FRANCES | TRUE | |
| 3280 | HARPER, LESLIE | TRUE | |
| 3289 | LEMAY, BRENDA | TRUE | |
| 3302 | SESKIN, SCOTT | TRUE | |
| 3303 | GERAU, SHARON | TRUE | |
| 3325 | LAHTINEN, KYRE | TRUE | |
| 3341 | TAYLOR, DEBORAH M. | TRUE | |
| 3341 | TAYLOR, EDWARD E. | TRUE | |
| 3343 | SELLERS, SCOTT | TRUE | |