**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922

Bethany G. Lukitsch (SBN 314376)
blukitsch@mcguirewoods.com
Wells Fargo Center
South Tower
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071-3103
Telephone: 213.457.9875
Facsimile: 213.457.9895

Diane Flannery (Pro Hac Vice)
dflannery@mcguirewoods.com
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: 804.775.1015
Facsimile: 804.698.2047

*Attorneys for Defendant*
*Lumber Liquidators, Inc.*

**MORGAN AND MORGAN LLC**
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: 415.383-6913

**CEREGHINO LAW GROUP**
Jeffrey B. Cereghino (SBN 099480)
jbc@cereghinolaw.com
649 Mission Street, 5th Floor
San Francisco, CA 94105
Telephone: 415.433.4949

**CUNEO GILBERT & LADUCA LLP**
Charles J. LaDuca (Pro Hac Vice)
charles@cuneolaw.com
Brendan Thompson (Pro Hac Vice)
brendant@cuneolaw.com
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: 202.789.3960

*Attorneys for Plaintiffs and Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, MARY LOUISE FERENCE, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>       v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES 1 through 200, inclusive, | Case No. 3:14-cv-05373-RS<br><br>**STIPULATION AND ORDER TO MODIFY CLASS DESCRIPTION IN FINAL APPROVAL**<br><br><u>**CLASS ACTION**</u><br><br>Complaint Filed: December 8, 2014<br>Sixth Am. Compl. Filed: January 3, 2020 |

Plaintiffs Dana Gold, Tammy Emery, Edwin Mendez, Christopher Massaro, Russell Dornan, Laura Norris, John Foster, Donald Fursman, and John Triana ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Lumber Liquidators, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows pursuant to Local Rule 7-12:

WHEREAS, on October 22, 2020 the Honorable Judge Richard Seeborg issued and filed an Order Granting Final Approval Of The Settlement Agreement (ECF 331).

WHEREAS, on Page 5, lines 12 through 14, the October 22, 2020 Order Granting Final Approval Of The Settlement Agreement defines the Settlement Class as follows:

> All individuals in any of the fifty states and all territories of the United States who purchased, for personal, family, or household use, Morning Star Strand Bamboo Flooring sold by Lumber Liquidators, Inc. from January 1, 2012 to the present.

WHEREAS, the Sixth Amended Class Action Complaint, defines each class as comprised of individuals:

> who purchased, for personal, family, or household use, Morning Star Strand Bamboo Flooring manufactured and sold by Lumber Liquidators, Inc. from January 1, 2012 **to March 15, 2019**.

Sixth Amended Class Action Complaint (ECF 288), pages 27-28 (emphasis added).

WHEREAS, the Agreement of Settlement and Compromise defines the class period:

> j.    "Class Period" means January 1, 2012 **through March 15, 2019**;

Page 8, Agreement of Compromise and Settlement attached as Exhibit 1 (ECF 270-1) to the Declaration of Michael F. Ram in Support of Motion for Preliminary Approval.

WHEREAS, the Parties respectfully submit the following Stipulation and Request for an Order:

## **STIPULATION**

THEREFORE, and subject to the Court's approval, the Parties stipulate through their respective attorneys and request that the Court modify the Settlement Class definition in the Order Granting Final Approval Of The Settlement Agreement by changing the end date of the Settlement Class Definition from "from January 1, 2012 to the present" to "from January 1, 2012 to March 15, 2019" as indicated in bold text:

1    All individuals in any of the fifty states and all territories of the United States who
     purchased, for personal, family, or household use, Morning Star Strand Bamboo
2    Flooring sold by Lumber Liquidators, Inc. from January 1, 2012 to **March 15,**
     **2019**.
3

4    Dated: April 9, 2021                    MORGAN & MORGAN
                                             COMPLEX LITIGATION GROUP
5
                                    By:      /s/ Michael F. Ram
6                                          _____

7                                            Michael F. Ram (SBN 104805)
                                             mram@forthepeople.com
8                                            Marie N. Appel (SBN 187483)
                                             mappel@forthepeople.com
9                                            MORGAN AND MORGAN
                                             COMPLEX LITIGATION GROUP
10                                           711 Van Ness Ave, Suite 500
                                             San Francisco, CA 94102
11                                           Telephone: 415-358-6913

12                                           Jeffrey B. Cereghino (SBN 099480)
13                                           jbc@cereghinolawgroup
                                             CEREGHINO LAW GROUP
14                                           649  Mission  Street, Suite 5th Floor
                                             San Francisco, CA 94105
15                                           Telephone: 415.433.4949

16                                           Charles J. LaDuca (Pro Hac Vice)
17                                           charles@cuneolaw.com
                                             Brendan Thompson (Pro Hac Vice)
18                                           brendant@cuneolaw.com
                                             CUNEO GILBERT & LADUCA LLP
19                                           4725 Wisconsin Avenue, NW, Suite 200
                                             Washington, DC 20016
20                                           Telephone: 202.789.3960
21
                                             Attorneys for the Classes
22

23   Dated: April 9, 2021                    MCGUIREWOODS LLP

24                                  By:      /s/ Bethany G. Lukitsch
                                           _____
25                                           Bethany G. Lukitsch (SBN 314376)
                                             blukitsch@mcguirewoods.com
26                                           Wells Fargo Center – South Tower
27                                           355 S. Grand Ave., Suite 4200
                                             Los Angeles, CA 90071-3103
28                                           Telephone: 213.457.9875

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Diane Flannery (Pro Hac Vice)
dflannery@mcguirewoods.com
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone: 804.775.1015

Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944

Attorneys for Defendant
Lumber Liquidators, Inc.

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated:  April 13, 2021

Hon. Richard Seeborg
Chief United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28