Michael F. Ram, SBN 104805
mram@forthepeople.com
Marie N. Appel, SBN 187483
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Jeffrey B. Cereghino, SBN 99480
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
649 Mission Street, Floor 5
San Francisco, CA 94105
Telephone: (415) 433-4949

Charles J. LaDuca, Admitted Pro Hac Vice
charles@cuneolaw.com
Brendan Thompson, Admitted Pro Hac Vice
brendant@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 200016
Telephone:  (202) 789-3960

*Class Counsel*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, MARY LOUISE FERENCE, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES 1 through 200, inclusive,<br><br>Defendants. | No.  3:14-cv-05373-RS<br><br>**DECLARATION OF MICHAEL F. RAM REGARDING DISBURSEMENT AND ACCOUNTING OF SETTLEMENT FUND**<br><br>The Honorable Richard Seeborg |

DECLARATION OF MICHAEL F. RAM                                       CASE NO. 3:14-CV-05373-RS

I, Michael F. Ram, declare as follows:

1. I am an attorney with Morgan & Morgan, Complex Litigation Group, and one of the co-lead Class Counsel. I respectfully submit this declaration pursuant to the Court's Order Granting Motion For Final Approval of Settlement Agreement (ECF 331).

2. Attached as **Exhibit A** is the Declaration Of Abel E. Morales On Behalf Of Cpt Group, Inc. With Respect To Disbursement And Accounting Of Settlement Fund.

3. Attached as **Exhibit B** is a chart entitled, "Summary of Settlement - *Gold v. Lumber Liquidators*, No. 3:14-cv-05373-RS" which sets out a summary of the settlement disbursements and is being posted by CPT Group on the settlement web site, https://www.bamboosettlement.com.

4. The Settlement Fund included non-monetary relief in the form of $16,000,000 in store vouchers that can be redeemed at Lumber Liquidators for any of the over 500 flooring and non-flooring products it sells, or to use for labor for installation or repair. Vouchers were included as part of the Settlement Fund was that Lumber Liquidators did not have sufficient cash to pay the settlement, or to pay a judgment had this case proceeded to trial. The vouchers were awarded almost exclusively to Class Members as compensation for Level One claims, which are claims where none of the flooring manifests damage. The exception to providing vouchers only for Level One were those Level Two claimants who had selected the "More vouchers – less cash claims" on the claim form. Of the 7,395 valid Level Two claims, 1,050 (or 14.20 percent) selected this option and were awarded 25 percent of their claims in cash, and the remaining 75 percent in vouchers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at San Francisco, California, this 22nd day of September, 2021.

                                                /s/ Michael F. Ram
                                                Michael F. Ram