# EXHIBIT B

| Summary of Settlement - *Gold v. Lumber Liquidators*, No. 3:14-cv-05373-RS | | |
|---|---|---|
| Total settlement fund | | $30,000,000.00 |
| | Cash Amount | $14,000,000.00 |
| | Voucher Amount | $16,000,000.00 |
| Total number of class members | | 331,495 |
| Methods of notice | | Mail, email, press release, website |
| Mailed Notices | Total number mailed | 330,951 |
| | Total number mailed/not returned | 330,117 |
| | Percentage mailed/not returned | 99.75% |
| Emailed Notices | Total number of claimants emailed | 435 |
| | Total number emailed/not returned | 435 |
| | Percentage emailed/not returned | 79.96% |
| Total class members to whom notice was directly sent/not returned | | 330,552 |
| Number of claims submitted | | 60475 |
| Number of claims approved | | 54,194 |
| Claims rate based on approved claims | | 16.35% |
| Number of opt-outs | | 98 |
| Percentage of opt-outs | | 0.030% |
| Number of objections (one was withdrawn prior to final approval) | | 9 |
| Percentage of objections | | 0.003% |
| Cash only claims (Level 2) | | 4,388 |
| Cash and voucher claims (Level 2 claimants with additional Level 1 claim) | | 3,007 |
| Voucher only claims (Level 1) | | 46,799 |
| Methods of payment | | Mailed checks and vouchers |
| Cash Payments | Number of claimants who received cash payments | 7,395 |
| | Average | $674.79 |
| | Median | $554.17 |
| | Largest Amount | $11,116.79 |
| | Smallest Amount | $0.96 |
| Number and value of checks not cashed | | Not yet known |
| Voucher amounts | Number of claimants who received vouchers | 49,806 |
| | Average | $320.01 |
| | Median | $270.65 |
| | Largest Amount | $26,324.31 |
| | Smallest Amount | $0.14 |
| Value of vouchers redeemed | | Not yet known |
| Incentive awards (6 class reps - $7,500 each) | | $45,000.00 |
| Amounts distributed to cy pres recipient | | Not yet known |
| Administrative costs | | $676,551.84 |
| Attorneys' costs | | $789,901.16 |
| Attorneys' fees | | $3,498,490.00 |
| Percentage of cash fund | | 25.0% |
| Amount held back for future attorneys' fees | | $4,000,000.00 |
| Multiplier on attorneys' fees | | 0 |