Michael F. Ram, SBN 104805
mram@forthepeople.com
Marie N. Appel, SBN 187483
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Jeffrey B. Cereghino, SBN 99480
jbc@cereghinolaw.com
CEREGHINO LAW GROUP LLP
739 Bryant St
San Francisco, CA 94107
Telephone: 415-433-4949

Charles J. LaDuca, Admitted Pro Hac Vice
charles@cuneolaw.com
Brendan Thompson, Admitted Pro Hac Vice
brendant@cuneolaw.com
CUNEO GILBERT & LaDUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 200016
Telephone:  (202) 789-3960

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, TAMMY EMERY, MARY LOUISE FERENCE, LAURA NORRIS, DONALD FURSMAN, and JOHN TRIANA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC., a Delaware corporation; and DOES 1 through 200, inclusive,<br><br>Defendants. | No.  3:14-cv-05373-RS<br><br>**CLASS COUNSEL'S REPORT RE VOUCHER REDEMPTION STATUS THROUGH JULY 31, 2024; DECLARATION OF MICHAEL F. RAM**<br><br>CLASS ACTION<br>The Honorable Richard Seeborg |

Class Counsel respectfully submit this report pursuant to the Order Granting Motion For Final Approval of Settlement Agreement (ECF 331) which requires Class Counsel to provide the Court with a report every six months regarding the status of voucher redemption including the percentage rate at which vouchers are redeemed, the total dollar value of redeemed vouchers, the amounts are ascribable to labor and to products.

Plaintiffs' Counsel have received the following information from Lumber Liquidators' counsel which reflects the voucher redemption status through July 31, 2024.  Exhibit A to Declaration of Michael F. Ram.

### Voucher Redemption Status

### August 23, 2021 through July 31, 2024

| Redemption Description | Amount | Percentage |
|---|---|---|
| a. Merchandise Shipped | $ 4,989,802.37 | 97.34% |
| b. Installation | $ 16,391.53 | 0.32% |
| c. Sales Tax | $ 120,038.55 | 2.34% |
| Total Voucher (Total of a through c) | $ 5,126,232.45 | 100.00% |
| d. Voucher Redeemed (shipment pending) | $ 288,834.74 | |
| Total Vouchers Redeemed (Amount = Total of a through d; Percentage out of $16M) | $ 5,415,067.19 | 34% |

Dated: August 23, 2024

MORGAN AND MORGAN
COMPLEX LITIGATION GROUP

By:      /s/ Michael F. Ram

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN AND MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: 415-358-6913

Jeffrey B. Cereghino (SBN 99480)
jbc@cereghinolawgroup
CEREGHINO LAW GROUP
739 Bryant St
San Francisco, CA 94107
Telephone: 415-433-4949

Charles J. LaDuca (Pro Hac Vice)
charles@cuneolaw.com
Brendan Thompson (Pro Hac Vice)
brendant@cuneolaw.com
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: 202.789.3960

Attorneys for Plaintiffs and the Class

1  I, Michael F. Ram, declare as follows:

2  1. I am an attorney with Morgan & Morgan, Complex Litigation Group, counsel of record for Plaintiffs Dana Gold, Tammy Emery, Mary Louise Ference, Laura Norris, Donald Fursman, and John Triana, on behalf of themselves and all others similarly situated in this case. I have personal knowledge of the facts stated here, except as to those matters stated on information and belief, and I believe such matters to be true. If called as a witness, I would testify as to the matters stated here.

2. Attached as Exhibit A is a true and correct copy of the Excel spreadsheet my office received from Lumber Liquidators' counsel on August 20, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at San Francisco, California, this 23rd day of August, 2024.

/s/ Michael F. Ram
Michael F. Ram

CLASS COUNSEL'S REPORT RE VOUCHER  
REDEMPTION STATUS THROUGH JULY 31, 2024

NO. 3:14-cv-05373-RS

3