UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GOLD, et al.,<br>    Plaintiffs,<br>    v.<br>LUMBER LIQUIDATORS, INC.,<br>    Defendant. | Case No. 14-cv-05373-RS<br><br>**ORDER GRANTING MOTION FOR FINAL ATTORNEY'S FEES** |

Pursuant to the final approval order in this class action settlement, Class Counsel now requests a final award of attorney's fees. No opposition has been filed. For the following reasons, this motion is granted and Class Counsel shall be awarded 25% of the vouchers redeemed from October 31, 2022, through October 31, 2024, in the amount of $863,919.82.

At final approval of the settlement, Class Counsel was granted "25% of the $14 million common fund, to be awarded immediately [and costs and expenses in the amount of $877,224.60], and 25% of the $16 million of vouchers as they are redeemed over three years." Dkt. 331. In December 2022, Class Counsel sought and were awarded interim attorney's fees based on the vouchers redeemed as of October 31, 2022. Earlier this year, Class Counsel submitted a stipulated request to send reminder notices every 35 days through the end of August 2024 to voucher recipients who had not yet redeemed their vouchers. In August and September 2024, Defendant Lumber Liquidators, Inc. filed for bankruptcy protection and then decided to pursue a complete liquidation after failing to find a purchaser.

As of October 31, 2024, the total value of vouchers redeemed is $6,412,326.29,

representing 40% of the total vouchers issued in this case. Importantly for this motion, $3,455,679.29 in vouchers have been redeemed from October 31, 2022, through October 31, 2024. Class Counsel seeks 25% of the vouchers redeemed in this final two-year period, amounting to $863,919.82.

Class Counsel was initially awarded $3,500,000 in fees at final approval of the settlement. Based on Class Counsel's lodestar of $9,207,107.82 from the inception of the case to mid-April 2020, that award resulted in a multiplier of 0.38. The award of interim attorney's fees of $739,161.75 in March 2023 increased the total fees awarded to $4,239,161.75, which, based on the lodestar of $9,473,704.57 at that date, resulted in a multiplier of 0.45. Adding the lodestar incurred since the interim fee award, amounting to $109,832.00, the total lodestar incurred in this case is $9,583,536.57. The requested fee of $863,919.82 would result in the total fees awarded in this case being $5,103,081.57, resulting in a final multiplier of 0.53. Given the previous final approval of this settlement and the lodestar cross-check, Class Counsel are entitled to their final fee award after over ten years of litigation. Class Counsel shall receive $863,919.82.

**IT IS SO ORDERED**.

Dated: February 3, 2025

_____
RICHARD SEEBORG
Chief United States District Judge